THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Etta Cheatham,       
Appellant.
 
 
 

Appeal From Aiken County
James C. Williams, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-177
Submitted January 10, 2003  Filed March 
 4, 2003

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy Attorney 
 General John W. McIntosh; Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; and Solicitor Barbara R. Morgan, of Aiken; for Respondent.
 
 
 

PER CURIAM: Etta Cheatham pled guilty to 
 temporary use of a vehicle without permission and financial transaction card 
 theft.  She received concurrent sentences of one year imprisonment for the vehicle 
 charge and three years imprisonment for the theft charge.  Cheatham appeals, 
 arguing the plea judge erred in accepting her guilty plea without adequately 
 advising her about sentencing consequences.  Appellate counsel has filed a final 
 brief and a petition to be relieved.  Cheatham did not file a pro se 
 response.
After a thorough review of the record on appeal 
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we grant counsels petition 
 and dismiss the appeal.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY, and SHULER, JJ., concur.